

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Buffalo Local Office

Olympic Towers
300 Pearl Street, Suite 450
Buffalo, NY 14202
(716) 431-5007

John E. Thompson
Director

May 15, 2019

Lucinda A. Johnson
211 Kensington Place
Syracuse, NY 13210

Re:     EEOC #: 846-2019-13974
          Johnson v Oneida Nation Enterprises LLC

Dear Ms. Johnson:

I have reviewed the information which you recently sent to this office. It appears that you do not meet the jurisdictional requirements for filing a charge of discrimination with the Equal Employment Opportunity Commission (EEOC).

This decision is based on the information you provided in your intake questionnaire, and per our phone conversation. You identified your employer as Oneida Nation Enterprises LLC. Under Title VII of the Civil Rights Act of 1964, as amended (Title VII), American Indian Tribes are exempt from coverage for any employment decision. American Indian Tribes are excluded from the definition of "employer" for jurisdictional purposes under Title VII.

For this reason, we will not conduct an investigation into your complaint if you were to go forward with filing a formal charge of discrimination. Nevertheless, if you choose to, you may still file a charge of discrimination. Though it is likely that the EEOC will dismiss your charge without investigation, the fact that you have filed a charge of employment discrimination with us may protect your right to file an employment discrimination lawsuit in court.

If, after reading this letter, you still wish to file a charge of discrimination, please contact this office in writing to indicate your intention to proceed with the filing process.

Sincerely,

Sandra Cali
Investigative Support Assistant

10200621

## New York State Division of Human Rights
## Employment Complaint Form

### 1. Your contact information:

First Name: Lucinda q

Middle Initial/Name: q

Last Name: Johnson

Street Address/ PO Box: 311 Kensington Place

Apt or Floor #:

City: Syracuse

State: N.Y

Zip Code: 13210

### 2. Regulated Areas: You believe you were discriminated against in the area of:

- ☑ Employment *(including paid internship)*
- ☐ Apprentice Training
- ☐ Internship *(unpaid only)*
- ☐ Labor Organization
- ☐ Employment Agencies
- ☐ Licensing
- ☐ Volunteer Firefighting *(excludes disability, age, domestic violence victim status, arrest, conviction, genetic history)*

### 3. You are filing a complaint against:

Employer Name: ONEDA NATION ENTERPRISES LLC

Street Address/ PO Box: 5218 Patrick Road PO Box 126

City: Verona

State: NY

Zip Code: 13478

Telephone Number: ( )                    Ext.

In what *county or borough* did the violation take place?
ONEIDA

Individual people who discriminated against you: all frist names
Name: Vick, Desiree, Sare   Title: maneger's
Name: Justine, Kistal   Title: ☒ Lisensing Specialist
Employee Coworker (Bill, Kim, Buffy) ☒ Garcia Hiram
If you need more space, please list them on a separate piece of paper.

### 4. Date of alleged discrimination *(must be within one year of filing)*:

The most recent act of discrimination happened on: Feb 9th 2019 Til March 4-19
Sexual assaut (Feb 1st, 18,)2019
month   day   year

### 5. For employment and internships, how many employees does this company have?

☐ 1-3   ☐ 4-14   ☐ 15-19   ☑ 20 or more   ☐ Don't know

### 6. Are you currently working for this company? NO

☐ Yes. Date of hire: Jun 9th 19
month   day   year
What is your position? Money room Clerk

☒ No. Last day of work: March 3 19
month   day   year
What was your position? money room Clerk

☐ I was never hired.
Date of application:
_____ _____ _____
month   day   year
What position did you apply for? Casino floor Aid Housekeeping Suspened

RECEIVED

MAY 06 2019

E.E.O.C. BUI O

## 7. Basis of alleged discrimination:

Check *ONLY* the boxes that you believe were the reasons for discrimination. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| | |
|---|---|
| ☐ **Age:** <br> Date of Birth: _____ | ☐ **Military Status:** <br> ☐ Active Duty ☐ Reserves |
| ☐ **Arrest Record** *(resolved in your favor or youthful offender record or sealed conviction record)* | ☐ **National Origin:** <br> Please specify: _____ |
| ☐ **Conviction Record** | ☐ **Predisposing Genetic Characteristic:** <br> Please specify: _____ |
| ☐ **Creed/ Religion:** <br> Please specify: _____ | ☐ **Pregnancy-Related Condition:** <br> Please specify: _____ |
| ☐ **Disability:** <br> Please specify: _____ | ☒ **Race/Color or Ethnicity:** <br> Please specify: _____ |
| ☐ **Domestic Violence Victim Status** | ☐ **Sexual Orientation:** <br> Please specify: _____ |
| ☐ **Familial Status:** <br> Please specify: _____ | ☐ **Sex:** <br> Please specify: _____ |
| ☐ **Marital Status:** <br> Please specify: _____ | Specify if the discrimination involved: <br> ☐ Pregnancy ☐ Gender Identity ☐ Transgender Status <br> ☒ Sexual Harassment |

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below:

☒ **Retaliation**: How you did you oppose discrimination: internal Sexual assault complant

## 8. Acts of alleged discrimination: *What did the person/company you are complaining against do? Check all that apply*

| | | | |
|---|---|---|---|
| ☐ Refused to hire me | ☐ Denied me an accommodation for my disability or pregnancy-related condition | ☐ Denied me leave time or other benefits | ☒ Harassed/ intimidated me (other than sexual harassment) |
| ☐ Fired me/laid me off | ☐ Denied me overtime benefits | ☒ Sexually harassed or intimidated me | ☐ Did not call back after lay-off |
| ☐ Demoted me | ☒ Paid me a lower salary than other co-workers doing the same job | ☐ Gave me different or worse job duties than other workers doing the same job | ☒ Denied me services/treated differently by employment agency |
| ☒ Suspended me | ☐ Denied me an accommodation for my religious practices | ☒ Gave me a disciplinary notice or negative performance review | ☒ Unlawful inquiry, or limitation, specification or discrimination in job advertisement |
| ☒ Denied me training | ☐ Denied me promotion/ pay raise | ☐ Denied a license by a licensing agency | ☐ Other: |

## 9. Description of alleged discrimination

Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. *TYPE OR PRINT CLEARLY.*

See attached

If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. **DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.**

3
Complaint

**1**

I Lucinda a Johnson have written
this statement on march - 27
2019
Regarding the discrimination, sexual assaute
, mental Aquish and mistreatment I have
reseived by manager's and co-worker
~~on~~ as a Bingo money room clerk.
between 1-29-2019 Til 3-4-2019 when
my Doctor took me out of work for
stress and mental Aquish. Sexual assult
on 2-21-2019 or around that date I
Went to Garcia Harim to inform her~~s~~
about the problem of being sexual assulted
and the Harassment by manangers and
co worker as I was in my 90 day tranhg
I told her How Bill was Harassing
me sexual and How I was being
discimanated by teaching my self and
not being able to learn other Job with
in ~~the~~ my Job description and how I felt
co-worker and manganer was messing
with my paper count. Garcia told me
there would be an investigation to all
that I told her. Then on 2-27-19 Sam
who is the Top manager pulled me in the
~~main~~ offie set me down and told me
That the company took these Matter
very seriously and she would also

(6)

let me no what happened in there
investigation. Well that next Day
When I came to work there perpatrator
was there. I couldn't belive it
by the end of the day I lost it I
felt unsafe so I told Justine (manager) What
had happen with Bill and How co-work also
Where treatading me all tht the time
(Bill, Kim, Buffy and others but
manly them, Bill wasn't suppose to be
any where near me, but he was. He
acted like nothing had happen and still
Said degrading things to me when he
was walk by me. I found myself all
day waching my back scared. by the
end of Day Broke as I was talking to
Justine and vicke. When Vickie left
and walk off I then told Justine.
Who seem to Brush it all
Off. That next Day I was on time
for work and did my job very well
Bill was not there but I didnt do
my count of paper or vocher, C Cards
Just my Bank (Disiree) told me
becuse I was doing a doublbe that
day she would do it. Will come to
find out on Saturday Sunzay my count was off

(7)

that alone showed me that they
did not care about the me ~~any of~~
together as a person ~~and~~, women
and being out of work because of
all the Discrimination, mistreatment ~~and~~
~~meta~~ mental anguish and most of
all the sexual assault.

I have attached a copy's of
my police report, copy of my write
up and my spention paper sent to
me by Turning Stone

# Oneida Indian Nation Police
## Supporting Deposition

State of New York
County of Oneida

Village    of    Canastota                                    Case #    19-0250

I    Lucinda A. Johnson          the deponent herein, residing
at    211 Kensington Place. Syracuse, NY 13210. DOB ████ 1967. Occupation: Bingo Money Room
Clerk.


Give this deposition as follows: I am at the Oneida Indian Nation Police Headquarters located at 306 Diamond St. In the Village of Canastota, NY 13032. I am speaking with Investigator Keith Wilcox regarding a couple of inappropriate incidents I had with my co-worker while conducting my duties as a Bingo Room Money Clerk. I began working this job located at the Turning Stone Casino and Resort on January 25, 2019. My co--worker whose name is Bill was helping train me around 3 weeks after I started my job. I cannot tell you the exact date but I know it was around the eleventh of February that Bill reached across in front of me with his left hand and grabbed a piece of paper. I was standing to his right side of him and when he pulled his hand back across me, he put his hand across my chest. I know that this was no accident. I said really Bill? And he said excuse me and still slid his hand across my chest. This made me very uncomfortable. The whole time I have worked at this job, Bill has been very negative and disrespectful towards me. I don't know why. He acts like he don't want me on the job.

On February 20, 2019 I was working in the Cash Room Drop Off Room located in the Bingo Office Area. This room is a smaller room and I was in the process of turning my money in, when the room door flung open and hit me, making me lose my balance and I begin to fall backwards. The next thing I know Bill was behind me and when I fell against his chest, he thrust his hips into my buttocks. When he did this I felt his private parts pushing against me. At this time I believe he was sexually excited because he was erect. I said to him "So what's that all about???" and he replied "well that's what you get for falling into me". After this occurred I felt humiliated and went to the ladies restroom where I cried.

I never reported either of these two incidents to my supervisor at the time but I did report them to Human Resources Advisor Gretchen Delorenzo on February 22, 2019. The Oneida Indian Nation claims to take this stuff very seriously but I feel that they did not take this seriously at all. This man has been verbally abusive towards me and humiliated me since I began employment. Because of this, my personal physician has taken me out of work for an unknown period of time. This is due to stress and hypertension from my job stress. I request prosecution against Bill for his inappropriate actions in the

## NOTICE (Oneida Nation Tribal Penal Code 673)
In a written notice, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the Oneida Indian Nation, punishable as a Class A Misdemeanor.

*Affirmed under penalty of perjury this: _____ day of: _____ 2018

Signed: _____          Witness: _____

Time: _____                      Witness: _____

# Oneida Indian Nation Police
## Supporting Deposition

State of New York
County of Oneida

above incidents. It would of been nice to have been notified that this Bill was coming back to work after being so called disciplined. Nobody had said anything to me or even let me know that the investigation was over. I feel like my rights as a person and woman have been violated. This is how I feel.

NOTICE (Oneida Nation Tribal Penal Code 673)
In a written notice, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the Oneida Indian Nation, punishable as a Class A Misdemeanor.

*Affirmed under penalty of perjury this: _____ day of: _____ 2018

Signed: _____     Witness: _____

Time: _____                        Witness: _____



**Oneida Nation**
ENTERPRISES

March 21, 2019

Lucinda Johnson
211 Kensington Place
Syracuse, NY 13210

Dear Lucinda:

According to our records, you have been absent since March 11, 2019 due to your medical condition. As stated in the letter sent on March 14, 2019, you are not eligible for a Family Medical Leave of absence under Oneida Nation Enterprises' Family Medical Leave policy and, unfortunately, we can no longer maintain your active employment relationship.

This letter will serve as notice of separation from employment effective March 21, 2019. Please see enclosed information if you would like to arrange for distribution of your 401(k) savings from Fidelity Investments. Please return your badge, uniforms and any other company property at your earliest convenience.

You are eligible to reapply in the future once you are medically able to return should a position become available that you are qualified to perform with or without reasonable accommodation. In the meantime, please contact me at (315) 361-7808 with any questions you may have.

Sincerely,

Shannon Spadafora

Shannon Spadafora
Human Resources
Employee Leave Administrator

Lucinda Johnson
211 Kensington Place

Syracuse, NY 13210


Dear Lucinda Johnson

This is a friendly reminder that you have an appointment with;
> **Provider:** Ouyang MD, David
> **Day:** 04/10/19
> **Time:** 03:30 P M.


If you cannot make this appointment, please call our office at (315) 476-7921
at least **24 hours prior** to this appointment. We would be happy to reschedule your
appointment for a more convenient time.


Sincerely,


The Providers and Staff at
Syracuse Community Health Center Inc
819 South Salina Street
Syracuse, NY 13202-3527


33277



Syracuse Community Health Center, Inc.

David OuYang, MD
SCHC Adult Medicine
819 South Salina Street
Syracuse NY, 13202-3527
(315)476-7921

03/20/2019

To Whom It May Concern:

Lucinda Johnson is currently under my medical care and may not return to work at this time.

Please excuse Lucinda for 4 week(s).

She may return to work on 04/17/2019.

Activity is restricted as follows: none- this note supersedes previous work excuse per provider.

If you require additional information please contact our office.

Sincerely,

Provider:

Dr. David OuYang
License: 199497
NPI: 1417937780
DEA: FO2693225

OuYang MD, David  03/20/2019 6:29 PM

**Document generated by:  Shelly Harris, RN  03/20/2019**

# ONEIDA NATION ENTERPRISES, LLC - Corrective Counseling Notice

nployee/Badge #: _____    Department: _____    Shift: _____

b Title: _____    Most Recent Date of Infraction: _____

ease indicate the action to be taken: [ . ] Attendance    [ ] Performance    [ ] Misconduct    -

| Level 1 Written | To be issued for:
1) a minor performance deficiency or an infraction for which the employee has previously received coaching or redirection. **Date(s) of prior coaching:** _____

| Level 2 Written | To be issued for (circle one):
1) a recurrence of a performance deficiency or
2) an infraction for which the employee has received at least one prior Level 1 counseling or
3) an infraction serious enough by itself to warrant a Level 2 counseling.
**Date(s) of prior Level 1 counseling(s):** _____

| Suspension
-or-
| Level 3 Final Written To be issued for (circle one):
1) a recurrence of a performance deficiency of same or similar infraction after the employee has received Level 1 and/or Level 2 counseling(s) or
2) an infraction serious enough by itself to warrant a Level 3 Final Written or Suspension counseling.
**Dates of suspension:** _____

**Date(s) of prior Level 2:** _____

**Date(s) of prior suspension:** _____

escribe Performance Deficiency/Policy Violation: _____
_____
_____
_____

escribe what the Employee must do to correct the performance deficiency and what action will be taken in the event of recurrence: _____
_____
_____
_____
_____

| | | | Director/Manager: _____ |
| --- | --- | --- | --- |
| Supervisor Signature | Printed Name/Badge # | Date | Initials/Date |
| | | | Employee Relations: _____ |
| | | | Initials/Date |

Employee Comments: _____
_____
_____

I understand that this Corrective Counseling Notice will be active for (1) year from the date of issuance (for all cash variances, please refer to department cash variance policy), and any future occurrences of this nature will result in further corrective action in the progressive discipline process up to and including termination of employment. My signature below represents that I have read and understand the above and is not necessarily an admission of concurrence.

_____          _____
**Employee Signature**                    **Date**

# ONEIDA NATION ENTERPRISES, LLC - Corrective Counseling Notice

Employee/Badge #: _____    Department: _____ Shift: _____

Job Title: _____    Most Recent Date of Infraction: _____

Please indicate the action to be taken:  [ ] Attendance    [ ] Performance    [ ] Misconduct

| | |
|---|---|
| [ ] Level 1 Written | To be issued for:<br>1) a minor performance deficiency or an infraction for which the employee has previously received coaching or redirection. **Date(s) of prior coaching:** _____ |
| [ ] Level 2 Written | To be issued for (circle one):<br>1) a recurrence of a performance deficiency or<br>2) an infraction for which the employee has received at least one prior Level 1 counseling or<br>3) an infraction serious enough by itself to warrant a Level 2 counseling.<br>**Date(s) of prior Level 1 counseling(s):** _____ |
| [ ] Suspension<br>-or-<br>[ ] Level 3 Final Written | To be issued for (circle one):<br>1) a recurrence of a performance deficiency of same or similar infraction after the employee has received Level 1 and/or Level 2 counseling(s) or<br>2) an infraction serious enough by itself to warrant a Level 3 Final Written or Suspension counseling.<br>**Dates of suspension:** _____<br>**Date(s) of prior Level 2:** _____<br>**Date(s) of prior suspension:** _____ |

**Describe Performance Deficiency/Policy Violation:** _____
_____
_____
_____
_____

**Describe what the Employee must do to correct the performance deficiency and what action will be taken in the event of recurrence:** _____
_____
_____
_____
_____

_____    _____    _____    Director/Manager: _____
**Supervisor Signature**         **Printed Name/Badge #**         **Date**                          **Initials/Date**

Employee Relations: _____
**Initials/Date**

**Employee Comments:** _____
_____
_____

I understand that this Corrective Counseling Notice will be active for (1) year from the date of issuance (for all cash variances, please refer to department cash variance policy), and any future occurrences of this nature will result in further corrective action in the progressive discipline process up to and including termination of employment. My signature below represents that I have read and understand the above and is not necessarily an admission of concurrence.

_____    _____
**Employee Signature**                              **Date**

Emp#:       132428 JOHNSON, LUCINDA A    Badge:      132428          Selected Period
Options:   1=View  B=Brkdwn                                          From:
Position:           C=Comments E=Exceptions                         To:

| Opt | | Date | In | | Out | | Hours | Sch | Pcd | Ap | Division | Notes |
|-----|----|---------|-------|---|-------|---|-------|-----|-----|----|----------|-------|
|  | TH | 2/14/19 | 200P | U | 830P | | 6.50 | | | 0 | ONACASHS | |
|  | FR | 2/15/19 | 1045A | U | 830P | I | 9.75 | | | 0 | ONACASHS | |
|  | SA | 2/16/19 | 745A | U | 115A | I | 17.50 | | | 0 | ONACASHS | |
|  | SU | 2/17/19 | 145P | U | 900P | | 7.25 | | | 0 | ONACASHS | |
|  | TU | 2/19/19 | 745A | U | 815P | I | 12.50 | | | 0 | ONACASHS | |
|  | WE | 2/20/19 | 130P | U | 1015P | I | 8.75 | | | 0 | ONACASHS | |
|  | TH | 2/21/19 | 300P | U | 830P | | 5.50 | | | 0 | ONACASHS | |
|  | FR | 2/22/19 | 815A | U | ? | | | | | 0 | ONACASHS | |


REG     218.50  OT      44.25                                    Bottom

                                              Total:    262.75
F3=Exit                        F8=Adjust    F9=Previous  F10=Next   F11=Charge
F12=Cancel    F13=Actual       F14=Defaults F15=Punches  F16=Audit  F17=Accruals

Emp#:     132428 JOHNSON, LUCINDA A    Badge:    132428

Selected Period
From:
To:

Options:   1=View  B=Brkdwn
Position:              C=Comments  E=Exceptions

| Opt | Date | In | | Out | | Hours | Sch | Pcd | Ap | Division | Notes |
|-----|------|-----|---|------|---|-------|-----|-----|-----|----------|-------|
| SA | 1/26/19 | 815A | U | 945P | I | 13.50 | | | 0 | ONACASHS | |
| SU | 1/27/19 | 830A | U | 830P | I | 12.00 | | | 0 | ONACASHS | |
| TU | 1/29/19 | 245P | U | 800P | | 5.25 | | | 0 | ONACASHS | |
| MO | 2/04/19 | 745A | U | 815P | I | 12.50 | | | 0 | ONACASHS | |
| TU | 2/05/19 | 815A | U | 145P | | 5.50 | | | 0 | ONACASHS | |
| TH | 2/07/19 | 215P | U | 815P | | 6.00 | | | 0 | ONACASHS | |
| FR | 2/08/19 | 800A | U | 815P | I | 12.25 | | | 0 | ONACASHS | |
| SA | 2/09/19 | 930A | U | 900P | I | 11.50 | | | 0 | ONACASHS | |
| MO | 2/11/19 | 815A | U | 830P | I | 12.25 | | | 0 | ONACASHS | |
| TU | 2/12/19 | 145P | U | 800P | | 6.25 | | | 0 | ONACASHS | |
| WE | 2/13/19 | 200P | U | 830P | | 6.50 | | | 0 | ONACASHS | |

REG      218.50  OT      44.25

More...

Total:    262.75

F3=Exit                        F8=Adjust    F9=Previous  F10=Next   F11=Charge
F12=Cancel     F13=Actual    F14=Defaults F15=Punches  F16=Audit  F17=Accruals

## Notarization of Complaint

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.
**PLEASE INITIAL**

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

Sign your full legal name

Subscribed and sworn before me
This 2qthday of Mren , 2019

Signature of Notary Public

County: Onondaga  Commission expires: 4/13/21

*Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*



4
Complaint

Publie Borth B5
Portal. **New York State Division of Human Rights**
EEOC.gov. **Employment Complaint Form**

Received

MAR 2 9 2019

NYS DHR
Syracuse Satellite

| 1. Your contact information: | | |
|---|---|---|
| First Name Lucinda q | | Middle Initial/Name q |
| Last Name Johnson | | |
| Street Address/ PO Box 311 Kensington Place | | Apt or Floor #: |
| City Syracuse | State N.Y | Zip Code 13210 |

**2. Regulated Areas:** You believe you were discriminated against in the area of:
- ☑ Employment *(including paid internship)*
- ☐ Apprentice Training
- ☐ Internship *(unpaid only)*
- ☐ Labor Organization
- ☐ Employment Agencies
- ☐ Licensing
- ☐ Volunteer Firefighting *(excludes disability, age, domestic violence victim status, arrest, conviction, genetic history)*

**3. You are filing a complaint against:**

Employer Name ONEDA NATION ENTERPRISES LLC

Street Address/ PO Box 5218 Patrick Road PO Box 126

City Verona   State NY   Zip Code 13478

Telephone Number:
( )   Ext.

In what *county or borough* did the violation take place?
ONEIDA

Individual people who discriminated against you: all frist names
Name: Vicki, Desiree, Sare   Title: maneger's
Name: Justine, Kistal   Title: Elisensing specialist
Exployee (cowonker (Bill) Kim, Buffy) E Garcia Hiram
If you need more space, please list them on a separate piece of paper.

**4. Date of alleged discrimination** *(must be within one year of filing):*
The most recent act of discrimination happened on: Feb 9th 2019 Til march 4-19
Sexual assaaut(Feb 1st, 18, 2019    month   day   year

**5. For employment and internships, how many employees does this company have?**
☐ 1-3    ☐ 4-14    ☐ 15-19    ☑ 20 or more    ☐ Don't know

**6. Are you currently working for this company?** NO

| | | | |
|---|---|---|---|
| ☐ Yes. Date of hire: | Jun 4th 19 | What is your position? |
| | month day year | money room Clerk |
| ☑ No. Last day of work: | march 3 19 | What was your position? |
| | month day year | money room clerk |
| ☐ I was never hired. Date of application: | | What position did you apply for? CASINO |
| | month day year | floor Aide, Housekeeping suepensd |

## 7. Basis of alleged discrimination:

Check **ONLY** the boxes that you believe were the reasons for discrimination. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| | |
|---|---|
| ☐ **Age:** <br>     Date of Birth: _____ | ☐ **Military Status:** <br>     ☐ Active Duty     ☐ Reserves |
| ☐ **Arrest Record** *(resolved in your favor or youthful offender record or sealed conviction record)* | ☐ **National Origin:** <br>     Please specify: _____ |
| ☐ **Conviction Record** | ☐ **Predisposing Genetic Characteristic:** <br>     Please specify: _____ |
| ☐ **Creed/ Religion:** <br>     Please specify: _____ | ☐ **Pregnancy-Related Condition:** <br>     Please specify: _____ |
| ☐ **Disability:** <br>     Please specify: _____ | ☒ **Race/Color or Ethnicity:** <br>     Please specify: _____ |
| ☐ **Domestic Violence Victim Status** | ☐ **Sexual Orientation:** <br>     Please specify: _____ |
| ☐ **Familial Status:** <br>     Please specify: _____ | ☐ **Sex:** <br>     Please specify: _____ <br> Specify if the discrimination involved: <br> ☐ Pregnancy ☐ Gender Identity ☐ Transgender Status <br> ☒ Sexual Harassment |
| ☐ **Marital Status:** <br>     Please specify: _____ | |

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below:

☒ **Retaliation:** How you did you oppose discrimination: internal Sexual assult complant

## 8. Acts of alleged discrimination: *What did the person/company you are complaining against do? Check all that apply*

| | | | |
|---|---|---|---|
| ☐ Refused to hire me | ☐ Denied me an accommodation for my disability or pregnancy-related condition | ☐ Denied me leave time or other benefits | ☒ Harassed/ intimidated me (other than sexual harassment) |
| ☐ Fired me/laid me off | ☐ Denied me overtime benefits | ☒ Sexually harassed or intimidated me | ☐ Did not call back after lay-off |
| ☐ Demoted me | ☒ Paid me a lower salary than other co-workers doing the same job | ☐ Gave me different or worse job duties than other workers doing the same job | ☒ Denied me services/treated differently by employment agency |
| ☒ Suspended me | ☐ Denied me an accommodation for my religious practices | ☒ Gave me a disciplinary notice or negative performance review | ☒ Unlawful inquiry, or limitation, specification or discrimination in job advertisement |
| ☒ Denied me training | ☐ Denied me promotion/ pay raise | ☐ Denied a license by a licensing agency | ☐ Other: |

## 9. Description of alleged discrimination

Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.

See attached

If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. **DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.**

1

I Lucinda a Johnson have written
this statement on march - 27    2019
Regarding the discrimination, sexual assaute
, mentalAquish and mistreatment I have
reseived by manager's and co-worker
on as a Bingo money room clerk.
between 1-29-2019 Til 3-4-2019 when
my Doctor took me out of work for
stress and mental Aquish. Sexual assault
on 2-21-2019 or around that pate I
went to Garcia Harim to inform hers
about the problem of being sexual assultal
and the Harassment by mananger's and
and the Harassment by mananger's and
co worker as I was in my 90 day traing
I told her How Bill was Harassing
me sexual and How I was being
discimanated by teaching my self and
not being able to learn other Job with
in the my Job description and how I felt
co-worker and mananger was messing
with my paper count. Garcia told me
there would be an investigation to all
that I told her. Then on 2-27-19 Sam
who is the Top manager pulled me in the
mama offic set me down and told me
That the company took these Matter
very seriously and she would also



EEOC 1-800-669-4000

NEW YORK STATE | Division of Human Rights

# Employment (Includes Licensing, Internships, & Volunteer Firefighting) Discrimination Complaint Form

## Instructions

1) Please fill out the complaint form, answering all of the questions. If you are filling out the form on a computer, please print it immediately when you are finished. ***You may not be able to save the completed form***. If possible, please type. If you are filling out the form by hand, please print. ***Please do not write in the margins or on the back of this form.***

**Please note: A delay could occur in the filing and the investigation of your complaint if the form is not filled out properly or if the information you provide is not legible.**

2) After you fill out the form, please have this complaint form notarized. Please contact our office if you have questions about notarization (see below). Notary services are available at the Division free of charge.

3) Attach copies of any documents that you think will help the Division investigate your case (pay stubs, letter of termination, performance evaluations, disciplinary notices, etc.).

4) Return the ***original*** complaint form to the regional office closest to you. See below for the list of office locations. You may return the complaint by ***mail or in person***.

5) Keep a copy of your complaint, and copies of any documents that you attach, for your own records.

6) The completed and notarized complaint must be returned to the Division promptly. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are charging with discrimination.

## Time Limit for Filing

Please note: You must file your complaint within ***one year*** of the most recent act of alleged discrimination. If you were terminated, you must file within one year of the date you were first informed you would be terminated.

***If you need further assistance or require an accommodation for a disability, please call one of our offices, make an appointment for a personal meeting or visit our website at www.dhr.ny.gov/how-file-complaint. Interpreter services are also available at no cost upon request.***

## NYS Division of Human Rights Offices

**Albany**
Agency Building 1, 2nd Floor
Empire State Plaza
Albany, New York 12220
Telephone No. (518) 474-2705

**Binghamton**
44 Hawley Street, Room 603
Binghamton, New York 13901
Telephone No. (607) 721-8467

**Buffalo**
Walter J. Mahoney State Office Bldg.
65 Court Street, Suite 506
Buffalo, New York 14202
Telephone No. (716) 847-7632

**Brooklyn**
55 Hanson Place, Room 304
Brooklyn, New York 11217
Telephone No. (718) 722-2385

**Long Island** (Nassau)
50 Clinton Street, Suite 301
Hempstead, New York 11550
Telephone No. (516) 539-6848

**Long Island** (Suffolk)
New York State Office Building
250 Veterans Memorial Highway, Suite 2B-49
Hauppauge, New York 11788
Telephone No. (631) 952-6434

**Manhattan**
Adam Clayton Powell Jr. State Office Bldg.
163 West 125th Street, 4th Floor
New York, New York 10027
Telephone No. (212) 961-8650

**Office of Sexual Harassment Issues/Queens**
55 Hanson Place, Room 900
Brooklyn, New York 11217
Telephone No. (718) 722-2060

**Rochester**
One Monroe Square
259 Monroe Avenue, Suite 308
Rochester, New York 14607
Telephone No. (585) 238-8250

**Syracuse**
333 E. Washington Street, Room 543
Syracuse, New York 13202
Telephone No. (315) 428-4633

**White Plains**
7-11 South Broadway, Suite 314
White Plains, New York 10601
Telephone No. (914) 989-3120

# Oneida Indian Nation Police
## Supporting Deposition

State of New York
County of Oneida

Village    of   Canastota                                          Case #    19-0250

I     Lucinda A. Johnson          the deponent herein, residing
at     211 Kensington Place. Syracuse, NY 13210. DOB ████1967. Occupation: Bingo Money Room
Clerk.

Give this deposition as follows: I am at the Oneida Indian Nation Police Headquarters located at 306
Diamond St. In the Village of Canastota, NY 13032. I am speaking with Investigator Keith Wilcox
regarding a couple of inappropriate incidents I had with my co-worker while conducting my duties as a
Bingo Room Money Clerk. I began working this job located at the Turning Stone Casino and Resort on
January 25, 2019. My co–worker whose name is Bill was helping train me around 3 weeks after I started
my job. I cannot tell you the exact date but I know it was around the eleventh of February that Bill
reached across in front of me with his left hand and grabbed a piece of paper. I was standing to his right
side of him and when he pulled his hand back across me, he put his hand across my chest. I know that
this was no accident. I said really Bill? And he said excuse me and still slid his hand across my chest.
This made me very uncomfortable. The whole time I have worked at this job, Bill has been very
negative and disrespectful towards me. I don't know why. He acts like he don't want me on the job.

On February 20, 2019 I was working in the Cash Room Drop Off Room located in the Bingo Office
Area. This room is a smaller room and I was in the process of turning my money in, when the room door
flung open and hit me, making me lose my balance and I begin to fall backwards. The next thing I know
Bill was behind me and when I fell against his chest, he thrust his hips into my buttocks. When he did
this I felt his private parts pushing against me. At this time I believe he was sexually excited because he
was erect. I said to him "So what's that all about???" and he replied "well that's what you get for falling
into me". After this occurred I felt humiliated and went to the ladies restroom where I cried.

I never reported either of these two incidents to my supervisor at the time but I did report them to
Human Resources Advisor Gretchen Delorenzo on February 22, 2019. The Oneida Indian Nation claims
to take this stuff very seriously but I feel that they did not take this seriously at all. This man has been
verbally abusive towards me and humiliated me since I began employment. Because of this, my personal
physician has taken me out of work for an unknown period of time. This is due to stress and
hypertension from my job stress. I request prosecution against Bill for his inappropriate actions in the

## NOTICE (Oneida Nation Tribal Penal Code 673)
In a written notice, any person who knowingly makes a false statement which such person
does not believe to be true has committed a crime under the laws of the Oneida Indian Nation,
punishable as a Class A Misdemeanor.

*Affirmed under penalty of perjury this: _____ day of: _____ 2018

Signed: _____   Witness: _____

                                              Witness: _____
Time: _____



Oneida Nation
E N T E R P R I S E S

March 14, 2019

Lucinda Johnson
211 Kensington Place
Syracuse, NY 13210

Dear Lucinda:

We have received your request for Family Medical Leave (FML) for a serious medical condition.
At this time, your request for FML coverage is denied. The explanation for this determination is
as follows:

- *You have not met the 12-month length of service requirement.*

- *You have not met the requirement of 1,250 hours worked in the 12 months immediately
  preceding the start of the leave.*

Please keep this letter as a resource and to contact me to discuss any questions. Enclosed is the
FML policy which I encourage you to review or you can find this policy located in your ONE
Employee Handbook.

Sincerely,

Shannon Spadafora
HR Employee Leave Administrator
315-361-7808 / shannon.spadafora@turningstone.com

Lucinda Johnson
211 Kensington Place

Syracuse, NY 13210


Dear  Lucinda Johnson

This is a friendly reminder that you have an appointment with;
      **Provider:** Ouyang MD, David
      **Day:** 04/10/19
      **Time:** 03:30 P M.


If you cannot make this appointment, please call our office at  (315) 476-7921
at least **24 hours prior** to this appointment.  We would be happy to reschedule your
appointment for a more convenient time.


Sincerely,


The Providers and Staff at
Syracuse Community Health Center Inc
819 South Salina Street
Syracuse, NY 13202-3527


33277



**Division of
Human Rights**

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

| | |
|---|---|
| NEW YORK STATE DIVISION OF<br>HUMAN RIGHTS on the Complaint of<br><br>LUCINDA A. JOHNSON,<br><br>                       Complainant,<br><br>          v.<br><br>ONEIDA NATION ENTERPRISES, LLC,<br><br>                       Respondent. | DETERMINATION AND<br>ORDER OF DISMISSAL FOR<br>LACK OF JURISDICTION<br><br>Case No.<br>10200621 |

On 3/29/2019, Lucinda A. Johnson filed a verified complaint with the New York State Division of Human Rights ("Division") against the above-named respondent(s) pursuant to N.Y. Exec. Law, art. 15 ("Human Rights Law").

Pursuant to Section 297.2 of the Human Rights Law, the Division finds that it does not have jurisdiction over the content of the complaint. The Division does not have jurisdiction over the Respondent because the respondent business is operated by the Oneida Indian Nation. The New York State Division of Human Rights lacks jurisdiction over the respondent because of its sovereign immunity. The complaint is therefore ordered dismissed and the file is closed.

PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and Petition within sixty (60) days after service of this Determination. A copy of this Notice and Petition must also be served on all parties including General Counsel, State Division of Human Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. DO NOT FILE THE ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

Dated:    **APR 1 2 2019**
       Rochester, New York

<div align="center">STATE DIVISION OF HUMAN RIGHTS</div>

By:   *Julia B Day*
       Julia B. Day
       Regional Director



**NEW YORK STATE** | **Division of Human Rights**

ANDREW M. CUOMO
Governor

HELEN DIANE FOSTER
Commissioner

April 12, 2019

Lucinda A. Johnson
211 Kensington Place
Syracuse, NY 13210

Re:     Lucinda A. Johnson v. Oneida Nation Enterprises, LLC
        Case No. 10200621

Dear Lucinda A. Johnson:

Your complaint was filed with the Division of Human Rights on 3/29/2019. A copy of
your complaint is enclosed.

The Division cannot proceed with an investigation, but must dismiss the complaint for
lack of jurisdiction. A copy of the Division's dismissal is enclosed.

Very truly yours,

Julia B. Day
Regional Director

Enclosures:
Complaint
Determination

Lucinda Johnson
211 Kensington Place

Syracuse, NY 13210

Dear  Lucinda Johnson

This is a friendly reminder that you have an appointment with;
**Provider:** Mammo Room
**Day:** 04/24/19
**Time:** 08:20 A M.

If you cannot make this appointment, please call our office at  (315) 476-7921
at least **24 hours prior** to this appointment.  We would be happy to reschedule your
appointment for a more convenient time.

Sincerely,

The Providers and Staff at
Syracuse Community Health Center Inc
819 South Salina Street
Syracuse, NY 13202-3527

33277



**Oneida Nation**
ENTERPRISES

March 21, 2019

Lucinda Johnson
211 Kensington Place
Syracuse, NY 13210

Dear Lucinda:

According to our records, you have been absent since March 11, 2019 due to your medical condition. As stated in the letter sent on March 14, 2019, you are not eligible for a Family Medical Leave of absence under Oneida Nation Enterprises' Family Medical Leave policy and, unfortunately, we can no longer maintain your active employment relationship.

This letter will serve as notice of separation from employment effective March 21, 2019. Please see enclosed information if you would like to arrange for distribution of your 401(k) savings from Fidelity Investments. Please return your badge, uniforms and any other company property at your earliest convenience.

You are eligible to reapply in the future once you are medically able to return should a position become available that you are qualified to perform with or without reasonable accommodation. In the meantime, please contact me at (315) 361-7808 with any questions you may have.

Sincerely,

*Shannon Spadafora*

Shannon Spadafora
Human Resources
Employee Leave Administrator

# ONEIDA NATION ENTERPRISES, LLC - Corrective Counseling Notice

**Employee/Badge #:** Lucinda Johnson     **Department:** Bingo     **Shift:**

**Job Title:** Concession Clerk     **Most Recent Date of Infraction:** 2/24/19

**Please indicate the action to be taken:** [ ] Attendance     [✓] Performance     [ ] Misconduct

| | |
|---|---|
| **[✓] Level 1 Written** | To be issued for:<br>1) a minor performance deficiency or an infraction for which the employee has previously received coaching or redirection. Date(s) of prior coaching: _____ |
| **[ ] Level 2 Written** | To be issued for (circle one):<br>1) a recurrence of a performance deficiency or<br>2) an infraction for which the employee has received at least one prior Level 1 counseling or<br>3) an infraction serious enough by itself to warrant a Level 2 counseling.<br>**Date(s) of prior Level 1 counseling(s):** _____ |
| **[ ] Suspension**<br>-or-<br>**[ ] Level 3 Final Written** | To be issued for (circle one):<br>1) a recurrence of a performance deficiency of same or similar infraction after the employee has received Level 1 and/or Level 2 counseling(s) or<br>2) an infraction serious enough by itself to warrant a Level 3 Final Written or Suspension counseling.<br>**Dates of suspension:** _____<br>**Date(s) of prior Level 2:** _____<br>**Date(s) of prior suspension:** _____ |

**Describe Performance Deficiency/Policy Violation:** Lucinda obtained 16 exceptions within concession to date based on the following dates: 2/8/19, 2/9/19 x2, 2/12/19, 2/14/19, 12/15/19 x3, 2/16/19, 2/17/19, 2/19/19 x2, 2/20/19, 2/22/19, 2/23/19 and 2/24/19. This is a violation of the Concession exception policy.

**Describe what the Employee must do to correct the performance deficiency and what action will be taken in the event of recurrence:** Lucinda needs to slow down and concentrate on accuracy. Any further infractions will result in progressive action up to and including termination.

**Supervisor Signature** _(signature)_     **Printed Name/Badge #** Deanna Cavins 2260r     **Date** 2/3/19     **Director/Manager:** _(initials)_     **Initials/Date**

**Employee Relations:** MD 3/8/19 **Initials/Date**

**Employee Comments:** _____

I understand that this Corrective Counseling Notice will be active for (1) year from the date of issuance (for all cash variances, please refer to department cash variance policy), and any future occurrences of this nature will result in further corrective action in the progressive discipline process up to and including termination of employment. My signature below represents that I have read and understand the above and is not necessarily an admission of concurrence.

**Employee Signature** _(signature)_     **Date** 3-8-19

# ONEIDA NATION ENTERPRISES, LLC - Corrective Counseling Notice

**Employee/Badge #:** Lucinda Johnson #12 2428    **Department:** Bingo    **Shift:** _____

**Job Title:** Receiving Clerk    **Most Recent Date of Infraction:** 2/18/19

**Please indicate the action to be taken:** [x] Attendance    [ ] Performance    [ ] Misconduct

| | |
|---|---|
| [x] **Level 1 Written** | To be issued for:<br>1) a minor performance deficiency or an infraction for which the employee has previously received coaching or redirection. **Date(s) of prior coaching:** _____ |
| [ ] **Level 2 Written** | To be issued for (circle one):<br>1) a recurrence of a performance deficiency or<br>2) an infraction for which the employee has received at least one prior Level 1 counseling or<br>3) an infraction serious enough by itself to warrant a Level 2 counseling.<br>**Date(s) of prior Level 1 counseling(s):** _____ |
| [ ] **Suspension**<br>-or- | |
| [ ] **Level 3 Final Written** | To be issued for (circle one):<br>1) a recurrence of a performance deficiency of same or similar infraction after the employee has received Level 1 and/or Level 2 counseling(s) or<br>2) an infraction serious enough by itself to warrant a Level 3 Final Written or Suspension counseling.<br>**Dates of suspension:** _____<br>**Date(s) of prior Level 2:** _____<br>**Date(s) of prior suspension:** _____ |

**Describe Performance Deficiency/Policy Violation:** _____ has received a corrective action _____ This is a violation of TSPG Attendance Policy. The following occurrences/ _____ _____ dates: 1/21/19 -Tardy; 1/31/19 -Absent; 2/4/19 -Absent; 2/4/19-Tardy; 2/8/19 -Tardy; 2/16/19 -Tardy; 2/11/19 -Tardy; 2/18/19 Absent

**Describe what the Employee must do to correct the performance deficiency and what action will be taken in the event of recurrence:** _____ _____ infractions will result in progressive counseling _____ _____ including termination.

| | | | | |
|---|---|---|---|---|
| _Kristi Rice_ | Kristi Rice 2026 | 2/18/19 | **Director/Manager:** | _(initials)_ |
| **Supervisor Signature** | **Printed Name/Badge #** | **Date** | | **Initials/Date** |
| | | | **Employee Relations:** | KD 3/18/19 |
| | | | | **Initials/Date** |

**Employee Comments:** _____

I understand that this Corrective Counseling Notice will be active for (1) year from the date of issuance (for all cash variances, please refer to department cash variance policy), and any future occurrences of this nature will result in further corrective action in the progressive discipline process up to and including termination of employment. My signature below represents that I have read and understand the above and is not necessarily an admission of concurrence.

| | |
|---|---|
| _Lucinda Johnson_ | 3-8-19 |
| **Employee Signature** | **Date** |